# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SALEEM EL-AMIN,             )
                                      )
        Plaintiff,        )
                                      )
        v.            )        Civil Action No. 14-1561 (UNA)
                                      )
DEPARTMENT OF CORRECTION,   )
                                      )
        Defendant.     )

## MEMORANDUM OPINION

The Court provisionally permitted the above-captioned action to be filed on September 12, 2014. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(a). To date, plaintiff has not submitted the required trust fund account statement. The Court therefore will dismiss this action without prejudice. An Order is issued separately.

DATE: 11/18/2014

_____
United States District Judge